UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
4/27/2023
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
    DEPUTY CLERK

| | |
|---|---|
| UNITED STATES,<br><br>v.<br><br>ERIC JOSEPH GRAVETTE,<br><br>*Defendant.* | CASE NO. 6:19-cr-00021<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

For the reasons set forth in the Court's Memorandum Opinion, it is hereby **ORDERED**:

- The Government motion to dismiss, Dkt. 135, is **GRANTED**;

- Gravette's motion pursuant to 28 U.S.C. § 2255, Dkt. 116, is **DISMISSED**;

- Gravette's motion for an evidentiary hearing, Dkt. 143, is **DENIED**;

- Gravette's motion for summary judgment, Dkt. 159, is **DENIED as MOOT**;

- Gravette's motion for the return of the collected $400.00 special assessment fee, Dkt. 151, is **DENIED**;

- This action is **STRICKEN** from the active docket of this Court; and

- Finding that Gravette has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk of Court is directed to send this Order to Gravette and all counsel of record.

Entered this **27th** day of April, 2023.

*/s/ Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE